**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN THE MATTER OF:                                                    CHAPTER 13 NO.:

LEONEL ORTIZ TREJO                                                   15 – 02750 – EE

**RULE 3011 LIST OF UNCLAIMED FUNDS,**
**CLAIMANTS AND AMOUNTS**

COMES NOW Trustee, Harold J. Barkley, Jr., pursuant to 11 U.S.C. §347 and Rules 3010(a) and 3011 FRBP, and filed the following Rule 3011 List of Unclaimed Funds, Claimants and Amounts, to-wit:

| Claimant | Mailing Address | Amount |
|---|---|---|
| Leonel Ortiz Trejo | 823 South Wheatley Street Ridgeland, MS 39157 | $3,595.49 |

THAT, this check was sent to the Debtor at the address listed above, which is the address listed on the Debtor's schedules, that said check has not been presented for payment or returned by the U. S. Postal Service and has been voided.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully submits that the foregoing Rule 3011 List of Unclaimed Funds, Claimants and Amounts be received and filed.

Dated:  April      15     , 2016

Respectfully submitted,

   /s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR. – MSB #2008
CHAPTER 13 TRUSTEE
POST OFFICE BOX 4476
JACKSON, MS 39296-4476
PHONE: 601/362-6161 FAX: 601/362-8826
E-MAIL:  HJB@HBARKLEY13.COM

**C E R T I F I C A T E**

I, Harold J. Barkley, Jr., Trustee, do hereby certify that I have this date mailed a true and correct copy of the foregoing pleading to the following parties by United States Mail, postage prepaid or by ECF Filing Notification:

Office of the U S Trustee                        Hon. James E. Renfroe
ustpregion05.ja.ecf@usdoj.gov                    jrenfroe@mslawfirjm.biz

Leonel Ortiz Trejo
823 South Wheatley Street
Ridgeland, MS 39157


Dated:  April      15     , 2016

   /s/Harold J. Barkley, Jr.
HAROLD J. BARKLEY, JR.